# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **BILLIE JEAN VERDI,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:05-CV-109 (WDO) |
| **UNITED STATES BANKRUPTCY COURT, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Plaintiff is HEREBY ORDERED TO SHOW CAUSE AND ESTABLISH the basis for this Court's jurisdiction over her claims. Although Plaintiff supplemented her complaint as previously ordered, she failed to assert a claim over which this Court has jurisdiction. That is, Plaintiff failed to identify a federal law pursuant to which this Court may grant her any type of relief. Plaintiff shall file a brief NO LATER THAN 30 DAYS from the date of this order showing the jurisdictional, procedural and/or legal basis for her claims filed in this Court, keeping in mind that a federal court is a court of limited jurisdiction and may only hear claims that are asserted pursuant to specific federal authority. If Plaintiff fails to show cause why this Court has authority over her claims, the case will be dismissed WITH PREJUDICE.

SO ORDERED this 25th day of August, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**