IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BILLIE JEAN VERDI,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-109 (WDO) |
| | : | |
| **UNITED STATES BANKRUPTCY** | : | |
| **COURT, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Plaintiff filed this case in what appears to be an attempt to appeal decisions by the Bankruptcy Court in her previous bankruptcy case.  Because Plaintiff failed to go through the proper procedures in the Bankruptcy Court to reopen her case and file a Notice of Appeal, this Court does not have jurisdiction over the claims asserted in this case.  See Federal Rules of Bankruptcy Procedure, Rule 8001.  As previously instructed by the Bankruptcy Court, Plaintiff Verdi must first file a petition IN THE BANKRUPTCY COURT to reopen her closed bankruptcy case before an appeal may be heard in this Court.  This case is DISMISSED WITHOUT PREJUDICE and Plaintiff's motion for appointment of counsel is therefore denied.

SO ORDERED this 27th day of September, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**